IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNELL VINEGAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 15-CV-5684 |
| v. ) | Honorable Charles P. Kocoras |
| ) | |
| PHILLIP MARTIN, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE FOR WITNESSES
TO TESTIFY VIA VIDEOCONFERENCE AT THE PAVEY HEARING**

NOW COME the Defendants Martin and Shaw by and through their attorney, Kwame Raoul, Illinois Attorney General, and move this Court for leave for William Law and Jackie Miller to give testimony via videoconference during the Pavey Hearing on April 11, 2019. In support thereof, Defendants state as follows:

1. Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies before filing his lawsuit in violation of the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a).

2. The Court scheduled a Pavey Hearing for April 11, 2019, in order to ascertain whether the Plaintiff did in fact exhaust his administrative remedies before filing his lawsuit.

3. Defendants plan to call Anna McBee, a grievance officer at Stateville Correctional Center and the Northern Reception Center. Ms. McBee was in charge of

1

reviewing grievances during the time period that Plaintiff was at the Northern Reception Center.

     4.     Defendants also plan to call Amy Burle, a Chairperson with the Administrative Review Board.

     5.     Ms. McBee resides in the area of Stateville Correctional Center, and Ms. Burle resides in the Springfield, Illinois area.

     6.     Traveling to Chicago, Illinois would be time consuming, costly to the Illinois Department of Corrections ("IDOC"), and deprive IDOC of needed personnel for the time that they will be travelling.

     7.     Anna McBee and Amy Burle ask the Court for leave to testify at the Pavey Hearing by videoconference.

     8.     The undersigned counsel was misinformed that arrangements for Ms. McBee and Ms. Burle were already made, and sincerely apologizes for the short notice to the Court.

     9.     The undersigned counsel has already conferred with the Court's deputy and technical support staff to confirm that Ms. McBee and Ms. Burle can testify by video from their respective IDOC facilities.

     10.     Arrangements have already been made for the Plaintiff, Cornell Vinegar, to testify by video, and allowing Ms. McBee and Ms. Burle to testify by video would not cause any additional inconvenience.

WHEREFORE, Defendants request that this Court enter an order granting leave for Anna McBee and Amy Burle to testify at the Pavey Hearing via videoconference, and for such further relief as the Court finds reasonable and just.

                                          Respectfully Submitted,

**KWAME RAOUL**                         */s/ Benjamin C.R. Lockyer*
Attorney General of Illinois          BENJAMIN C.R. LOCKYER
                                                      Assistant Attorney General
                                                      General Law Bureau
                                                      100 W. Randolph St., 13th Fl.
                                                      Chicago, Illinois 60601
                                                      (312) 814-4324
                                                      Blockyer@atg.state.il.us